```
                        United States Bankruptcy Court
                         Eastern District of New York
In re:                                                      Case No. 17-43450-nhl
Alfonce J. Tufarelli                                        Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0207-1         User: admin              Page 1 of 2         Date Rcvd: Oct 16, 2017
                             Form ID: 318DF7          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db              Alfonce J. Tufarelli,    460 Crystal Ave,    Staten Island, NY 10314-2062
smg             NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                  Brooklyn, NY 11201-3719
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                  Albany, NY 12240-0001
9055137         Bank of America,    PO Box 15796,    Wilmington, DE 19886-5796
9055142         Helzberg Diamonds,    PO Box 60504,    City of Industry, CA 91716-0504
9055143         Home Deport,    PO Box 182676,    Columbus, OH 43218-2676
9055149         The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BRJMCCORD.COM Oct 16 2017 18:28:00      Richard J. McCord,    Certilman Balin Adler & Hyman,
                  90 Merrick Avenue,    East Meadow, NY 11554-1597
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Oct 16 2017 18:29:23
                  NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                  Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Oct 16 2017 18:29:04
                  Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                  U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
9055144         EDI: HNDA.COM Oct 16 2017 18:23:00      Honda Financial Services,    PO Box 7829,
                  Philadelphia, PA 19101-7829
9055133         EDI: HNDA.COM Oct 16 2017 18:23:00      American Honda Finance,    600 Kelly Way,
                  Holyoke, MA 01040-9681
9055134         EDI: HNDA.COM Oct 16 2017 18:23:00      American Honda Finance,    PO Box 168088,
                  Irving, TX 75016-8088
9055135         EDI: AMEREXPR.COM Oct 16 2017 18:23:00      Amex,    Correspondence,    PO Box 981540,
                  El Paso, TX 79998-1540
9055136         EDI: AMEREXPR.COM Oct 16 2017 18:23:00      Amex,    PO Box 297871,
                  Fort Lauderdale, FL 33329-7871
9055139         EDI: BANKAMER.COM Oct 16 2017 18:23:00      Bankamerica,    PO Box 982238,
                  El Paso, TX 79998-2238
9055138         EDI: BANKAMER.COM Oct 16 2017 18:23:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                  Greensboro, NC 27420-6012
9055141         EDI: CITICORP.COM Oct 16 2017 18:23:00      Citi Bank,    PO Box 183113,
                  Columbus, OH 43218-3113
9055140         EDI: CAPITALONE.COM Oct 16 2017 18:23:00      Capital One N.A.,    PO Box 30253,
                  Salt Lake City, UT 84130-0253
9055145         EDI: RMSC.COM Oct 16 2017 18:23:00      Syncb/Pc Richard,    C/o,    PO Box 965036,
                  Orlando, FL 32896-5036
9055146         EDI: RMSC.COM Oct 16 2017 18:23:00      Syncb/Toys 'R' US,    PO Box 965064,
                  Orlando, FL 32896-5064
9055147         EDI: RMSC.COM Oct 16 2017 18:23:00      Syncb/toysrusdc,    PO Box 965005,
                  Orlando, FL 32896-5005
9055148         EDI: RMSC.COM Oct 16 2017 18:23:00      Synchrony Bank/Pc Richard,    Attn: Bankruptcy,
                  PO Box 956060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                           Signature:  /s/Joseph Speetjens

```
District/off: 0207-1            User: admin                 Page 2 of 2                 Date Rcvd: Oct 16, 2017
                                Form ID: 318DF7             Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
         Kevin B Zazzera    on behalf of Debtor Alfonce J. Tufarelli kzazz007@yahoo.com
         Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
         Richard J. McCord    rmccord@cbah.com,
          afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
          om
                                                                                                               TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Alfonce J. Tufarelli** | Social Security number or ITIN **xxx–xx–4995** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number:   **1–17–43450–nhl** | | Chapter:   **7** |

# Order of Discharge and Final Decree

Revised: 12/15

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Alfonce J. Tufarelli

**IT IS FURTHER ORDERED**:

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.
- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: October 16, 2017

s/ Nancy Hershey Lord
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**